UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1 - 20 D/B/A, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO.<br><br>Defendants. | Case No.: 3:25-cv-05473-BHS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY AND FOR AN EXTENSION OF THE SERVICE DEADLINE** |

1    The Court, having read all papers filed in connection with the Plaintiff's *Ex Parte* Motion for Early Discovery, having considered the issues raised therein, including the requirements of the Cable Privacy Act, 47 U.S.C. § 551, and being otherwise fully advised, it is hereby ORDERED that the Motion is **GRANTED** as set forth below.

1.   Pursuant to Federal Rules 26(d) and 45, Aylo Premium Ltd ("Plaintiff") is authorized to serve subpoenas on third parties it has identified as providing services to Defendants: (1) Porkbun LLC, (2) NameSilo LLC, (3) Spaceship LLC and Spaceship Inc. d/b/a Spaceship, (4) GoDaddy Operating Company, LLC, (5) Public Interest Registry, (6) Privacy Protect LLC, (7) PrivacyGuardian.org LLC, and (8) Private by Design LLC (the "Service Providers"). Through these subpoenas, Plaintiff may demand the production of electronically stored information and other documents and information that will reasonably lead to the discovery of Defendants' identities and locations. This includes but is not limited to names, addresses, login information, billing and transaction records, account information, server logs and IP addresses, email exchanges, and IP login information related to the accounts for the PornXP domain names.

2.   Because Plaintiff has not yet identified or located the Defendants in this case, it may serve subpoenas pursuant to this Order without complying with the requirement of Federal Rule of Civil Procedure 45(b)(1) that it provide notice to Defendants before serving the subpoenas.

3.   Plaintiff is granted a 60-day extension of the Rule 4(m) deadline to serve Defendants up to and including October 26, 2025.

4.   The Court has considered the requirements of the Cable Privacy Act (47 U.S.C. § 551) and determined that this Order complies with the Act's requirements.

1  5. Plaintiff shall use the information obtained through the discovery set out above only
2  to prosecute the claims in its Complaint and for no other purpose.

4  DATED: _____

                                                          _____
                                                          Honorable Benjamin H. Settle
                                                          United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
3