UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1 - 20 D/B/A, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO.<br><br>Defendants. | **Case No.: 3:25-cv-05473-BHS**<br><br>**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY AND FOR AN EXTENSION OF THE SERVICE DEADLINE**<br><br>NOTE ON MOTION CALENDAR: JUNE 18, 2025 |

DECLARATION OF JASON TUCKER ISO PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
Case No. 3:25-cv-05473
- 1

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

I, Jason Tucker, under penalty of perjury, declare and state as follows:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2. I am a Director of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our clients include or have included award-winning production companies, publishers, media, technology, and physical product corporations, internet advertising networks, documentarians, filmmakers, photographers, influencers, news outlets, and award-winning entertainment studios.

3. I have been in the business of legal adult entertainment productions (both on and off the Internet), marketing, and management at an executive level for over twenty (20) years, serving for over six (6) years as President of a company that owned and licensed one of the world's largest libraries of erotic images.

4. As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Financial Times, Newsweek, BusinessWeek, Torrent Freak, USA Today, Wired, and the Washington Post. I am frequently requested to speak on panels and at seminars at industry events on various industry-related topics and trends.

5. I have been involved in more than fifty federal lawsuits brought against a range of defendants for copyright infringement and have served as an expert witness in similar proceedings.

6. Aylo Premium Ltd. ("Plaintiff") retained Battleship Stance, Inc. to investigate copyright violations and assist in certain litigation to enforce its intellectual property rights, including violations on the domain names pornxp.com, pornxp.net, pornxp.cc, pornxp.org,

DECLARATION OF JASON TUCKER ISO PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
Case No. 3:25-cv-05473
- 2

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

pornxp.cloud, pornxp.eu, pornxp.click, pornxp.pics, pornxp.quest, pornxp.buzz, pornxp.cfd, pornxp.network, pornxp.pro, pornxp.life, pornxp.sbs, pornxp.stream, pornxp.me, pornxp.club, pornxp.one, pornxp.space, pornxp.tv, pornxp.cam, pornxp.live, pornxp.tube, pornxp.top, pornxp.watch, pornxp.download, pornxp.lol, pornxp.lat, pornxp.website, pornxp.site, pornxp.online, pornxp.video, pornxp.xyz, and pornxp.info (together, "PornXP").

7. I have inspected, investigated, and researched the PornXP domains and websites.

8. PornXP domain names use registrar-provided privacy services to hide the actual identities of the owners and operators.

9. PornXP websites use, among others, Oregon-based Porkbun LLC, Arizona-based NameSilo LLC, Arizona-based Spaceship LLC and Spaceship Inc. dba Spaceship, and GoDaddy Operating Company, LLC as domain registrars.

10. Porkbun LLC provides the registrar services for the pornxp.club, pornxp.one, pornxp.tube, pornxp.download, pornxp.lat, pornxp.website, pornxp.video, pornxp.xyz, pornxp.click, pornxp.pics, pornxp.quest, and pornxp.space domains, and thus has the registration information for those domain names.

11. NameSilo LLC provides the registrar services for the pornxp.net, pornxp.cc, pornxp.top, pornxp.watch, and pornxp.lol domains, and thus has the registration information for those domain names.

12. Spaceship LLC and Spaceship Inc. dba Spaceship provides the registrar services for the pornxp.buzz, pornxp.cfd, pornxp.network, pornxp.pro, pornxp.life, pornxp.sbs, pornxp.stream, pornxp.cam, pornxp.live, and pornxp.site domains, and thus has the registration information for those domain names.

DECLARATION OF JASON TUCKER ISO PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
Case No. 3:25-cv-05473
- 3

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

13. GoDaddy Operating Company, LLC provides the registrar services for .tv domain names, including the pornxp.tv domain name, and thus has the registration information for that domain name.

14. Virginia-based Public Interest Registry provides the registry services for all .org domain names, including the pornxp.org domain name, and thus has the registration information for that domain name.

15. PornXP websites use, among others, Massachusetts-based Privacy Protect LLC, Arizona-based PrivacyGuardian.org LLC, and North Carolina based Private by Design LLC as privacy services to conceal the identity of the registrants.

16. Privacy Protect LLC provides the privacy services for the pornxp.cloud and pornxp.org domains, and thus has the registration information for those domain names.

17. PrivacyGuardian.org LLC provides the privacy services for the pornxp.net, pornxp.cc, pornxp.top, pornxp.watch, and pornxp.lol domain names, and thus has the registration information for those domain names.

18. Private by Design LLC provides the privacy services for the pornxp.one, pornxp.video, and pornxp.club domain names, and thus has the registration information for those domain names.

19. I sent DMCA takedown notices on behalf of the Plaintiff to the email address listed on PornXP websites. The notices were successfully delivered, and I did not receive any bounce-back notifications indicating that the email addresses were invalid.

20. After a thorough investigation, neither the Plaintiff nor I have discovered any additional information that could identify the Defendants, other than what may be held by the domain privacy service, registrar, or other service providers.

DECLARATION OF JASON TUCKER ISO PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
Case No. 3:25-cv-05473
- 4

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 10th day of June 2025 at Las Vegas, Nevada.

*Jason Tucker*

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
Case No. 3:25-cv-05473
- 5

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845