UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1 - 20 D/B/A, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO.<br><br>Defendants. | Case No.: 3:25-cv-05473-BHS<br><br>**DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY AND FOR AN EXTENSION OF THE SERVICE DEADLINE**<br><br>NOTE ON MOTION CALENDAR: JUNE 18, 2025 |

DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
Case No. 3:25-cv-05473
- 1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

I, Spencer Freeman, under penalty of perjury, declare and state as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of Washington, the United States District Court, Western District of Washington, the Eastern District of Washington, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I am the principal attorney with the Freeman Law Firm, Inc., attorneys for Plaintiff Aylo Premium Ltd. Unless otherwise stated, I have personal knowledge of the facts contained herein in this declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. I have sent emails to the following vendors associated with Defendants' websites: (1) NameSilo LLC, (2) GoDaddy Operating Company LLC, and (3) Public Interest Registry. I asked each one if it would honor my request for information without a subpoena. None of the vendors responded.

3. In previous litigation, I have had direct contact with the following regarding the production of information without a subpoena: NameSilo LLC, GoDaddy Operating Company LLC, Public Interest Registry, and PrivacyGuardian.org LLC. Each of these entities previously clearly indicated that they would comply with a subpoena seeking information about their customers who are accused of copyright infringement (and have done so), but that they would not produce any information without a subpoena.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 18th day of June 2025 at Tacoma, Washington.

                                                /s/ *Spencer D. Freeman*
                                                Spencer Freeman

DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
Case No. 3:25-cv-05473
- 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)