# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>v.<br><br>ALEX ABDULLAEV AND JOHN DOES 1 - 20 D/B/A, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO,<br><br>Defendants. | Case No.: 3:25-cv-05473-BHS<br><br>**[PROPOSED] ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION** |

[PROPOSED] ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION - 1

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

This matter came before the Court in the Motion for Default Judgment filed by Plaintiff Aylo Premium Ltd ("Aylo") pursuant to Fed. R. Civ. P. 55 and Civil Local Rule 55 for entry of default judgment Defendant Alex Abdullaev(the "Motion").

Having considered the submissions in support of Aylo's Motion and the pleadings on file, the Court grants the Motion and finds:

## I.   FINDINGS OF FACT

1. Aylo owns copyrights in works that are displayed on Aylo-owned or operated paid membership Internet web sites.

2. Defendant Alex Abdullaev owns and/or operates the URLs and websites pornxp.buzz, pornxp.cam, pornxp.cc, pornxp.cfd, pornxp.click, pornxp.cloud, pornxp.club, pornxp.com, pornxp.download, pornxp.eu, pornxp.info, pornxp.lat, pornxp.life, pornxp.live, pornxp.lol, pornxp.me, pornxp.net, pornxp.network, pornxp.one, pornxp.online, pornxp.org, pornxp.pics, pornxp.pro, pornxp.quest, pornxp.sbs, pornxp.si, pornxp.space, pornxp.site, pornxp.stream, pornxp.top, pornxp.tube, pornxp.tv, pornxp.video, pornxp.watch, pornxp.website, and pornxp.xyz (collectively, the "PornXP Network" or "Websites").

3. Alex Abdullaev used the PornXP Network to display adult-oriented videos and content to millions of viewers in the United States. These actions were done to earn money from the sales of advertising space on the PornXP Network.

4. Alex Abdullaev displayed 2,040 of Aylo's copyrighted works on the PornXP Network.

5. Alex Abdullaev displayed the 2,040 Aylo copyrighted works on the PornXP Network for a commercial purpose.

6. Alex Abdullaev earned advertising revenue from the PornXP Network. Greater Internet traffic on the PornXP Network resulted in increased advertising revenues.

[PROPOSED] ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION - 2

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

7.   Alex Abdullaev displayed 2,040 of Aylo's copyrighted works to increase advertising revenues.

8.   Neither Alex Abdullaev nor anyone else had authority to display, duplicate or distribute any of Aylo's 2,040 copyrighted videos on the PornXP Network.

9.   Aylo's ability to generate Internet traffic and sell memberships to its paid membership web sites was directly damaged by Alex Abdullaev's display of its works for free. Fewer potential customers of Aylo's web sites will pay membership fees to Aylo if its works are available for free elsewhere.

10.  Based on Similarweb analytics for the month ending March 2025, the PornXP Network averaged over 17 million monthly visitors from the United States alone. *See* Dkt. No. 10, ¶ 24.

11.  Applying Aylo's least expensive membership rate of $10.16 per month, the PornXP Network's 17 million U.S. visitors in March 2025 represent potential lost revenue of approximately $172,720,000 in that month alone.

12.  Alex Abdullaev knowingly and willfully infringed Aylo's copyrighted works.

13.  Aylo effected service of process on Alex Abdullaev pursuant to this Court's order permitting service via email.

14.  Alex Abdullaev is not a minor or incompetent person.

## II.   CONCLUSIONS OF LAW

1.   Service on Alex Abdullaev was made pursuant to Fed. R. Civ. P. 4(f)(3).

2.   A Court order entering default judgment against Alex Abdullaev is now proper pursuant to Fed. R. Civ. P. 55.

3.   Alex Abdullaev displayed Aylo's 2,040 registered copyrighted works on the Websites without authority or license.

4.   Aylo established that it owns valid copyrights in each of the 2,040 works

[PROPOSED] ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION - 3

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

displayed on the Websites.

5. Alex Abdullaev infringed Aylo's 2,040 copyrighted works.

6. Aylo established that it has registrations for each of the 2,040 works Alex Abdullaev infringed that were effective before the infringement.

7. Aylo is entitled to statutory damages for willful copyright infringement. 17 U.S.C. § 504(c).

8. It is proper to award maximum damages for intentional and willful infringement of Aylo's copyright works.

9. At $15,000 per work for 2,040 works, statutory damages of $30,600,000 are appropriate.

10. 17 U.S.C. § 502(a) provides that the court may issue "final injunctions on such terms as it may deem just to prevent or restrain infringement of a copyright." That relief is warranted here by Alex Abdullaev's conduct.

11. 17 U.S.C. § 505 provides that the Court may "award a reasonable attorney's fee to the prevailing party as part of the costs."

12. Aylo would be prejudiced if default judgment is not entered here.

13. Aylo has established a prima facie claim for copyright infringement and its first amended complaint states a claim for copyright infringement.

14. There is no evidence that there is a dispute concerning material facts or that default was due to excusable neglect.

### III.    FINAL JUDGMENT AND INJUNCTIVE RELIEF

It is hereby **ORDERED, ADJUDGED and DECREED** that Defendant Alex Abdullaev, together with all of his officers, directors, agents, servants, employees, representatives, affiliates, successors, and assigns, and all other persons, firms, or companies in active concert or participation with him, are permanently enjoined and restrained from directly or indirectly:

[PROPOSED] ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION - 4

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

    a. manufacturing, distributing, marketing, advertising, promoting, or selling or authorizing any third party to manufacture, distribute, market, advertise, promote, or sell any products, works, or other materials that include, copy, are derived from, or otherwise embody any copyrighted work of Aylo Premium Ltd;

    b. reproducing, distributing, performing, or publicly displaying any copyrighted work of Aylo Premium, Ltd., creating any derivative works based on those works, or engaging in any activity that infringes Plaintiff's rights in those works; and

    c. aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) or (b).

It is further **ORDERED, ADJUDGED and DECREED** that Defendant Alex Abdullaev, in accordance with 17 U.S.C. § 504(c)(2), shall pay to Plaintiff statutory damages in the amount of $30,600,000, with interest on these principal amounts according to the statutory rate pursuant to 18 U.S.C. § 1961(a). This amount consists of $15,000 for each of the registered copyrighted works that Aylo owns and that Alex Abdullaev willfully infringed.

It is further **ORDERED, ADJUDGED and DECREED** that Defendant Alex Abdullaev, in accordance with 17 U.S.C. § 502(a), shall pay to Plaintiff its reasonable attorney's fees and costs in the amount of $21,435.

It is further **ORDERED, ADJUDGED and DECREED** that the following registrars and registries shall disable the corresponding domain names, change the registrars or record to EuroDNS, and instruct EuroDNS to change the registrant for those domain names to Aylo Premium Ltd.:

| Registrar | Websites |
|---|---|
| NameSilo, LLC | pornxp.cc, pornxp.lol, pornxp.net, pornxp.top, and pornxp.watch |
| Netim SRL | pornxp.si |
| Porkbun, LLC | pornxp.click, pornxp.club, pornxp.download, pornxp.lat, pornxp.one, pornxp.pics, |

[PROPOSED] ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION - 5

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

| | pornxp.quest, pornxp.space, pornxp.tube, pornxp.video, pornxp.website, and pornxp.xyz |
|---|---|
| Spaceship, Inc. | pornxp.buzz, pornxp.cam, pornxp.cfd, pornxp.life, pornxp.live, pornxp.network, pornxp.pro, pornxp.sbs, pornxp.site, and pornxp.stream |

| Registry | Website |
|---|---|
| ARUBA PEC S.p.A. | pornxp.cloud |
| doMEn d.o.o. | pornxp.me |
| European Registry for Internet Domains vzw (EURid) | pornxp.eu |
| GoDaddy Operating Company, LLC | pornxp.tv |
| Identity Digital, Inc. | pornxp.info |
| Public Interest Registry | pornxp.org |
| Radix Technologies Inc. | pornxp.online |
| VeriSign, Inc. | pornxp.com |

Violation of this Order shall subject Alex Abdullaev and all other persons bound by the Order to all applicable penalties, including contempt of Court.

The Court shall retain jurisdiction over this action for the purpose of enforcing this final judgment and permanent injunction.

DATED:_____, 2025.

_____
HONORABLE BENJAMIN H. SETTLE

[PROPOSED] ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION - 6

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845