1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,

        Plaintiff,

        v.

ALEX ABDULLAEV AND JOHN DOES 1 - 20 d/b/a, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO,

        Defendants.

**Case No.:  3:25-cv-05473-BHS**
**DECLARATION OF ETHAN JACOBS IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S *EX PARTE* MOTION FOR ENTRY OF DEFAULT JUDGMENT**

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

I, Ethans Jacobs, declare:

1.     I am an attorney at law licensed to practice in California and admitted to practice before this Court in this matter pro hac vice. I am the principal attorney with the law firm of Ethan Jacobs Law Corporation, attorneys for Plaintiff Aylo Premium Ltd.  Unless otherwise stated, I have personal knowledge of the facts contained herein this declaration and, if called and sworn as a witness, could and would competently testify thereto.

2.     I spent the following time on this litigation:

- Complaint and Initial Pleadings:          4.6 hours
- Motion for Early Discovery:               3.6 hours
- Prepare and Serve Subpoenas               4.7 hours
- Review Subpoena Response                  1.1 hours
- Motion for Alternative Service:           9.3 hours
- Amend Complaint                           2.0 hours
- Effect Service                            0.6 hours
- Request for Order of Default              1.2  hours
- Motion for Default Judgment               10.5 hours

       Total:                               37.6 hours

3.     I am the founder of Ethan Jacobs Law Corporation. My practice focuses on high-stakes business and commercial disputes as well as copyright and trademark litigation. I have considerable litigation and trial experience and have achieved successful verdicts and outcomes in cases in which I was lead or co-lead counsel. I graduated from Columbia Law School in 2004. I began my career at Covington & Burling LLP in the firm's New York office after serving as a judicial law clerk to the Honorable Naomi Reice Buchwald in the U.S. District Court for the Southern District of New York. In 2013, I moved to California and was admitted to the California

DECLARATION OF ETHAN JACOBS IN SUPPORT
OF PLAINTIFF AYLO PREMIUM LTD'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT - 2
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

bar, practicing with two boutique litigation firms for several years before starting my own firm in 2021.

4.      My standard hourly billing rate during most of this lawsuit was $550. I am familiar with the rates charged by attorneys in the San Francisco Bay Area and in large metropolitan markets such as Seattle. Based on my knowledge and experience, my hourly billing rate is commensurate with, and within the market range of hourly rates commonly charged in the San Francisco Bay Area or Seattle by attorneys with similar credentials, skills, and experience at comparable law firms.

5.      In total, I have spent 37.6 hours on this litigation, for a total of $20,680.

6.      Service fees for subpoena service on this case were $350.

7.      The filing fee for this case was $405.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 21st day of November 2025 in San Francisco, California.



_____
Ethan Jacobs

DECLARATION OF ETHAN JACOBS IN SUPPORT
OF PLAINTIFF AYLO PREMIUM LTD'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT - 3
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845