UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>v.<br><br>ALEX ABDULLAEV AND JOHN DOES 1 - 20 D/B/A, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO,<br><br>Defendants. | Case No.:  3:25-cv-05473-BHS<br><br>**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT** |

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT - 1
[3:25-cv-05473-BHS3]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

I, Jason Tucker, under penalty of perjury of the laws of the United States, declare and state as follows:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a Director and the founder of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our clients have included award-winning production companies, publishers, media, technology, and physical product corporations, internet advertising networks, documentarians, filmmakers, photographers, influencers, news outlets, and award-winning entertainment studios.

3. My work includes tracking copyright infringement, analyzing illicit revenue streams, and identifying infringers who profit from unauthorized content distribution.

4. For over two decades, I have assisted rights holders in leveraging, managing, licensing, and enforcing their intellectual property (IP) portfolios around the world.

5. I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at an executive level for over twenty (20) years, serving for over six (6) years as president of a company that owned and licensed one of the world's largest libraries of erotic images.

6. I have served as a consultant to Fortune 100 companies including Microsoft Corporation, Akamai Technologies, and others.

7. As an experienced executive within the entertainment industry, I have been featured and quoted in publications including Financial Times, Newsweek, BusinessWeek,

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT - 2
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

Torrent Freak, USA Today, Wired, and the Washington Post. I am frequently requested to speak on panels and at seminars at industry events on various industry-related topics and trends.

  8. I have been involved in more than fifty federal lawsuits on behalf of copyright holders involving online infringement, including *Will Co. Ltd. v. Lee*, No. 3:20-cv-05666-RSL (W.D. Wash.); *MG Premium Ltd. v. Does 1–20*, No. 3:20-cv-05134-BHS (W.D. Wash.); *Paper Street Media LLC v. Kick Online Entertainment SA*, No. 3:17-cv-05821-BHS (W.D. Wash.); and *MG Premium Ltd. v. Nguyen Hoi*, No. 2:23-cv-00349-CBM-PVC (C.D. Cal.). In these and similar matters, I have submitted declarations, coordinated evidence-gathering, and provided investigative analysis used to support motions for alternative service, early discovery, establishing jurisdiction, default judgment, entry of final judgments, and the calculation of damages.

  9. Aylo Premium Ltd ("Aylo") retained Battleship Stance Inc. to investigate copyright violations and assist in the enforcement of its intellectual property rights.

  10. I am familiar with Aylo's corporate structure, methods, and procedures, as well as its production processes and ownership of copyrighted and trademarked materials.

  11. I conducted an investigation into piracy of Aylo's copyrighted works on the websites pornxp.buzz, pornxp.cam, pornxp.cc, pornxp.cfd, pornxp.click, pornxp.cloud, pornxp.club, pornxp.com, pornxp.download, pornxp.eu, pornxp.info, pornxp.lat, pornxp.life, pornxp.live, pornxp.lol, pornxp.me, pornxp.net, pornxp.network, pornxp.one, pornxp.online, pornxp.org, pornxp.pics, pornxp.pro, pornxp.quest, pornxp.sbs, pornxp.space, pornxp.site, pornxp.stream, pornxp.top, pornxp.tube, pornxp.tv, pornxp.video, pornxp.watch, pornxp.website, and pornxp.xyz (collectively, the "PornXP Network" or "Websites") .

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT - 3
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

12. I compiled, reviewed, and verified all exhibits used in this case, including the list of 2,040 infringed works, their copyright registrations owned by Aylo, and the 71,400 URLs on the Websites where they were unlawfully displayed, as documented in Exhibit I to the first amended complaint (Dkt. No. 10-9 - Exhibit I). Additionally, I reviewed subpoena responses from Porkbun LLC, Privacy Protect LLC, Private by Design LLC, and Spaceship confirming Alex Abdullaev's ownership of the Websites and other key case-related information.

13. I reviewed and researched the Websites and their operations and traffic statistics (including SimilarWeb reports). Additionally, I reviewed and documented the infringements of Plaintiff's copyright-registered works on the Websites.

14. I can confirm that over 680,000 DMCA takedown notices were sent to the PornXP Network, all of which were ignored. I can confirm that Aylo notified the PornXP Network of the 71,400 infringing URLs containing Aylo's copyrighted content by submitting DMCA notices directly to the PornXP Network and through Google, LLC. Despite these repeated notifications, the PornXP Network took no action to remove the infringing content. Neither Alex Abdullaev nor anyone else has authority or license to display or distribute any portion of Aylo's copyrighted works on the PornXP Network.

15. Subpoena responses from Porkbun LLC, Privacy Protect LLC, and Private by Design LLC confirmed that Alex Abdullaev owns or operates the PornXP Network.

16. Further analysis of the PornXP Network webpages revealed that the PornXP Network maintains a direct contractual relationship with California-based Google LLC, using its services, including Google Analytics, to track and optimize traffic and engagement.[1] This

---

[1] The Google Analytics Code for PornXP.com is UA-218092112-1.

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT - 4
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

relationship demonstrates the PornXP Network's reliance on U.S. technology companies to sustain and grow its platform.

17. In my work, I often used web-analytics tools such as Similarweb, an industry trusted website data analytics firm which assists its clients with gathering and analyzing digital data to develop and implement business strategies.

18. I ordered and obtained the SimilarWeb Reports for several of the PornXP websites: pornxp.com, pornxp.cc, pornxp.net, and pornxp.eu (the "PornXP Network SimilarWeb Reports"). These reports provide traffic and market insights on the PornXP Network's reach and user demographics. The reports revealed that for the month ending March 2025, these websites alone averaged approximately 17 million United States-based monthly visitors. Of these visitors, the United States accounted for the second-largest share at 14%, with India accounting for 16.6%. This data confirms that PornXP prioritizes and benefits from a substantial U.S. user base.

19. Additionally, I reviewed subpoena responses and other key case-related information to confirm the extent of the infringement. Specifically, subpoena responses from Porkbun LLC, Privacy Protect LLC, and Private by Design LLC confirmed that Defendant Alex Abdullaev is the sole user and owner of the accounts for the PornXP Network.

20. The operators of the PornXP Network have operated a business model dependent on the illegal distribution of high-value content to increase traffic to their websites. Because their business model is based on advertising, they are incentivized to display as much valuable content as possible, so that more traffic is diverted to its webpages.

21. Alex Abdullaev's infringement was for a commercial purpose. The PornXP Network earned and continues to earn money from advertising and the value of advertising on its

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF AYLO PREMIUM LTD'S MOTION
FOR DEFAULT JUDGMENT - 5
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

websites and is directly related to the number of visitors to the sites. Thus, the value of advertising is directly related to the quality and desirability of content.

22. Aylo's movies are among the most popular adult content in the world.

23. Aylo goes to great lengths to create high-quality movies, which are attractive to its customers. Thus, it harms Aylo's brands if its videos are associated with low-quality movies.

24. Alex Abdullaev used the PornXP Network to display Aylo's copyrighted full-length videos.

25. GoDaddy Operating Company, LLC is the registrar for .tv domain names including the pornxp.tv domain name.

26. NameSilo, LLC is the registrar for several of the Websites: pornxp.cc, pornxp.lol, pornxp.net, pornxp.top, and pornxp.watch.

27. Porkbun, LLC is the registrar for several of the Websites: pornxp.click, pornxp.club, pornxp.download, pornxp.lat, pornxp.one, pornxp.pics, pornxp.quest, pornxp.space, pornxp.tube, pornxp.video, pornxp.website, and pornxp.xyz.

28. Spaceship, Inc. is the registrar for several of the Websites: pornxp.buzz, pornxp.cam, pornxp.cfd, pornxp.life, pornxp.live, pornxp.network, pornxp.pro, pornxp.sbs, pornxp.site, and pornxp.stream.

29. ARUBA PEC S.p.A. provides the registry services for all .cloud domain names including the pornxp.cloud domain name.

30. doMEn d.o.o. provides the registry services for all .me domain names including the pornxp.me domain name.

DECLARATION OF JASON TUCKER IN SUPPORT
OF PLAINTIFF AYLO PREMIUM LTD'S MOTION
FOR DEFAULT JUDGMENT - 6
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

31. European Registry for Internet Domains vzw (EURid) provides the registry services for all .eu domain names including the pornxp.eu domain name.

32. Identity Digital, Inc. provides the registry services for all .info domain names including the pornxp.info domain name.

33. Public Interest Registry provides the registry services for all .org domain names including the pornxp.org domain name.

34. Radix Technologies Inc. provides the registry services for all .online domain names including the pornxp.online domain name.

35. VeriSign, Inc. provides the registry services for all .com domain names including the pornxp.com domain name.

36. Aylo invests extensive resources into DMCA enforcement and in the protection of its intellectual property, consistently ranking as the top copyright owner to submit takedown requests on Google.com.[2]

**Common Control of Pornxp.si and the Websites**

37. Aylo has also become aware of an additional website, located at the domain pornxp.si, that is affiliated with the Websites. I investigated the domain PornXP.si and its connection to the PornXP Websites.

38. Unlike the Websites, pornxp.si does not host infringing content itself. Instead, my technical inspection shows that the page source and linked scripts on pornxp.si call assets from

---

[2] Aylo (formerly as MG Premium Ltd) is the second largest copyright owner to seek the removal of infringing content on Google.com. The first is Penguin Random House LLC. Source: https://transparencyreport.google.com/copyright/overview?browse_copyright=ce:owner;size=6&lu=browse_copyright&hl=en Last Visited: November 12, 2025.

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT - 7
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

pornxp.tv to populate the .si website. The .si and .tv sites render an identical user interface and content catalog. In practical effect, pornxp.si shows the same website as pornxp.tv.

39. Further evidence that pornxp.si and the Websites have common control is that they resolve to the same IP address. A Domain Name System ("DNS") "A record" maps a domain name to a specific IPv4 address. When a user enters a domain, DNS looks up the A record to determine which server receives the request. Operators or their hosting providers control A records. When multiple domains resolve to the same IPv4 address, traffic for those domains is routed to the same server, which is strong technical evidence of common infrastructure and, where other facts align, common control.

40. I queried DNS "A records" for the PornXP domains using standard tools. Pornxp.si resolved to the same IPv4 address—45.143.222.234—as nine of the Websites: pornxp.cc, pornxp.com, pornxp.info, pornxp.net, pornxp.network, pornxp.online, pornxp.pro, pornxp.tv, and pornxp.video.

41. In my experience, independent websites do not ordinarily share both identical site code and the same destination server. The common A-record address, together with the mirrored layouts and cross-domain asset loading, indicates that these domains operate on common infrastructure under common control.

42. Netim SRL is the registrar for pornxp.si.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st day of November 2025 at Mexico City, Mexico.

*Jason Tucker*

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT - 8
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845