UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>v.<br><br>ALEX ABDULLAEV AND JOHN DOES 1 - 20 d/b/a, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO.<br><br>Defendants. | Case No.: 3:25-cv-05473-BHS<br><br>**DECLARATION OF ANIS BABA IN SUPPORT OF PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT** |

DECLARATION OF ANIS BABA IN SUPPORT OF
PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR
DEFAULT JUDGMENT - 1
[3:25-cv-05473-BHS3]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

I, Anis Baba, under penalty of perjury of the laws of the United States, declare and state as follows:

1. I am a Citizen of Canada, over 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a Director for Aylo Premium Ltd ("Aylo") and am authorized to act on its behalf.

3. Aylo is a private limited liability company organized under the laws of the Republic of Cyprus and its head office are in Cyprus. Aylo owns one of the largest portfolios of premium adult-oriented audiovisual content in the world. Aylo's library of works includes "Reality Kings," "Brazzers," "MOFOS," "Babes.com," and "Twistys." These are some of the most well-known and popular brands in the legal adult entertainment industry.

4. Attached as Exhibit I to the first amended complaint in this action is a list of the 2,040 copyright registrations owned by Aylo, covering videos that were unlawfully displayed on the websites pornxp.com, pornxp.net, pornxp.cc, pornxp.org, pornxp.cloud, pornxp.eu, pornxp.click, pornxp.pics, pornxp.quest, pornxp.buzz, pornxp.cfd, pornxp.network, pornxp.pro, pornxp.life, pornxp.sbs, pornxp.stream, pornxp.me, pornxp.club, pornxp.one, pornxp.space, pornxp.tv, pornxp.cam, pornxp.live, pornxp.tube, pornxp.top, pornxp.watch, pornxp.download, pornxp.lol, pornxp.lat, pornxp.website, pornxp.site, pornxp.online, pornxp.video, pornxp.xyz, and pornxp.info, (collectively, the "PornXP Network" or "Websites") without license or authorization. Each of these registrations was duly filed with the U.S. Copyright Office and obtained prior to the infringements on the Websites. At no time has Aylo granted Alex Abdullaev or anyone else permission to display, distribute, or monetize any of these works on the Websites.

5. Aylo earns money on these, and other, videos by the display of the videos to paid members of paid membership websites owned and/or operated by Aylo, where users pay a

DECLARATION OF ANIS BABA IN SUPPORT OF
PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR
DEFAULT JUDGMENT - 2
[3:25-cv-05473-BHS3]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

monthly fee to have access to Aylo copyrighted works. These videos are not intended for viewing for free or by people who are not paid members of Aylo's websites.

6. Aylo's paid membership websites include brazzers.com, realitykings.com, mofos.com, digitalplayground.com, babes.com, and twistys.com.

7. Membership to Aylo's web sites costs approximately $121.99 annually or $10.16 per month.

8. Potential Aylo users will, in all likelihood, not pay monthly rates for the right to access and view content that is available for free elsewhere.

9. Aylo invests human and technological resources and incurs considerable expenses to produce high-quality movies. It hurts Aylo's ability to continue creating new high-quality movies if Aylo's videos are accessible for free because it hinders its ability to earn income.

10. Aylo invests in extensive anti-piracy measures, including digital fingerprinting technology and DMCA enforcement, to protect its copyrighted works.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 20 day of November 2025, at Nicosia, Cyprus.

_____
Anis Baba

DECLARATION OF ANIS BABA IN SUPPORT OF
PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR
DEFAULT JUDGMENT - 3
[3:25-cv-05473-BHS3]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845