# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>v.<br><br>ALEX ABDULLAEV AND JOHN DOES 1 - 20 D/B/A, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO,<br><br>Defendants. | Case No.:  3:25-cv-05473-BHS<br><br>**AMENDMENT TO ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION** |

AMENDMENT TO ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION - 1

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

1   This matter came before the Court on Plaintiff Aylo Premium Ltd's ("Aylo") Motion to
2   Amend Order (the "Motion") (Dkt. 27). Having considered the submissions in support of Aylo's
3   Motion and the pleadings on file, the Court grants the Motion. The Court's December 18, 2025
4   Order (Dkt. 25) is amended to include the following:

5   The Court ORDERS that the following registrars and registries shall disable the
6   corresponding domain names, change the registrars or record to EuroDNS, and instruct EuroDNS
7   to change the registrant for those domain names to Aylo Premium Ltd.:

| Registrar | Websites |
|---|---|
| NameSilo, LLC | pornxp.cc, pornxp.lol, pornxp.net, pornxp.top, and pornxp.watch |
| Netim SRL | pornxp.si |
| Porkbun, LLC | pornxp.click, pornxp.club, pornxp.download, pornxp.lat, pornxp.one, pornxp.pics, pornxp.quest, pornxp.space, pornxp.tube, pornxp.video, pornxp.website, and pornxp.xyz |
| Spaceship, Inc. | pornxp.buzz, pornxp.cam, pornxp.cfd, pornxp.life, pornxp.live, pornxp.network, pornxp.pro, pornxp.sbs, pornxp.site, and pornxp.stream |

| Registry | Website |
|---|---|
| ARUBA PEC S.p.A. | pornxp.cloud |
| doMEn d.o.o. | pornxp.me |
| European Registry for Internet Domains vzw (EURid) | pornxp.eu |
| GoDaddy Operating Company, LLC | pornxp.tv |
| Identity Digital, Inc. | pornxp.info |
| Public Interest Registry | pornxp.org |
| Radix Technologies Inc. | pornxp.online |

AMENDMENT TO ORDER OF FINAL JUDGMENT
AND PERMANENT INJUNCTION - 2

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

| VeriSign, Inc. | pornxp.com |

Violation of this Order shall subject Alex Abdullaev and all other persons bound by the Order to all applicable penalties, including contempt of Court.

The Court shall retain jurisdiction over this action for the purpose of enforcing this final judgment and permanent injunction.

Dated this 12th day of January, 2026.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

AMENDMENT TO ORDER OF FINAL JUDGMENT
AND PERMANENT INJUNCTION - 3

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845