## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,

        Plaintiff,

        v.

ALEX ABDULLAEV AND JOHN DOES 1 - 20 D/B/A, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO,

        Defendants.

Case No.:  3:25-cv-05473-BHS

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO RE-OPEN CASE AND ENTER FINDING OF CONTEMPT AND IMPOSE SANCTIONS PURSUANT TO FED. R. CIV. P. 70(e) OR IN THE ALTERNATIVE ISSUE AND ORDER TO SHOW CAUSE**

[PROPOSED] ORDER - 1
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

This matter came before the Court on Plaintiff Aylo Premium Ltd's ("Aylo") Motion to Re-Open Case and Enter Finding of Contempt and Impose Sanctions Pursuant to Fed. R. Civ. P. 70(e) or in the Alternative Issue and Order to Show Cause (the "Motion"). Having considered the submissions in support of Aylo's Motion and the pleadings on file, the Court grants the Motion.

The Court hereby FINDS that Defendant Alex Abdullaev's creation of the PornXP Mirror Sites violates the clear terms of the Court's December 18, 2025 order granting default judgment and imposing a permanent injunction (Dkt. 25) and this Court's January 12, 2026 amendment to that order (Dkt. 30) by continuing to infringe Aylo's copyrighted works.

Based on this finding, the Court ORDERS that:

1. Defendant Alex Abdullaev is in contempt of court;

2. The registrars for the PornXP Mirror Sites shall allow Aylo to setup an account in the name of Aylo Premium Ltd, after which each registrar shall transfer the respective domain(s) into that account and provide Aylo Premium Ltd with full access to that account. Further, if transfer is not permitted, the registrars shall set Aylo Premium Ltd as the registrant of the domain(s), remove any privacy masking, and provide Aylo Premium Ltd with full access to that account; and

3. The domain registries for the PornXP Mirror Sites shall change the of record for the domains listed below to EuroDNS S.A., and then, upon EuroDNS becoming registrar, order EuroDNS to set the registrant, administrative, and technical contacts for each domain to Aylo Premium Ltd. and to update nameservers as Aylo instructs.

4. The PornXP Mirror Sites subject to this Order are: pornxp.io, 1xp1.com, cfdxp.com, com-backup.com, cumxp.com, euporno.com, ornxp.com, pooornxp.com, poornxp.com, pornxp.ac, porn-xp.ac, porn-xp.cc, pornxp.co, porn-xp.com, porn-x-p.com, porn--xp.com, pornxp.com-mirror.com, pornxp.do, porn-xp.eu, pornxp.fi, pornxp.fo, pornxp.gd, pornxp.gl, pornxp.gy, pornxp.hn, pornxp.la, pornxp.lc, porn-xp.me, porn-xp.net, pornxp.nl, porn-xp.org, pornxp.pe, pornxp.ph, pornxp.sk, porn-xp.tv, pornxp.tw, pornxp1.com, pornxp2.com, pornxponline.com, pornxpsite.com, pornxpvideo.com, pornxpxx.com, pornxpxxx.com, pornxxp.com,

[PROPOSED] ORDER - 2
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

pornxxxp.com, pornxxxxp.com, poxp.eu, pppxp.com, pppxp.net, prnxp.com, pxopx.com, pxoxp.com, pxp1 .net, pxp2.net, pxp3.net, pxp4.com, pxp5.com, pxp6.com, pxp9.com, vidhc.com, xpoxp.com, xpporn.com, xp-porn.com, xpporn.net, xpporno.com, xpprn.com, xpxp.eu, and xpxyz.com.

Violation of this Order shall subject Alex Abdullaev and all other persons bound by the Order to all applicable penalties, including contempt of Court.

The Court shall retain jurisdiction over this action for the purpose of enforcing this order.


DATED:_____, 2026.


_____
HONORABLE BENJAMIN H. SETTLE

[PROPOSED] ORDER - 3
[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845