**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>        Plaintiff,<br><br>        v.<br><br>ALEX ABDULLAEV AND JOHN DOES 1 - 20 D/B/A, PORNXP.COM, PORNXP.NET, PORNXP.CC, PORNXP.ORG, PORNXP.CLOUD, PORNXP.EU, PORNXP.CLICK, PORNXP.PICS, PORNXP.QUEST, PORNXP.BUZZ, PORNXP.CFD, PORNXP.NETWORK, PORNXP.PRO, PORNXP.LIFE, PORNXP.SBS, PORNXP.STREAM, PORNXP.ME, PORNXP.CLUB, PORNXP.ONE, PORNXP.SPACE, PORNXP.TV, PORNXP.CAM, PORNXP.LIVE, PORNXP.TUBE, PORNXP.TOP, PORNXP.WATCH, PORNXP.DOWNLOAD, PORNXP.LOL, PORNXP.LAT, PORNXP.WEBSITE, PORNXP.SITE, PORNXP.ONLINE, PORNXP.VIDEO, PORNXP.XYZ, AND PORNXP.INFO,<br><br>        Defendants. | **Case No.:  3:25-cv-05473-BHS**<br><br>**AMENDMENT TO ORDER OF FINAL JUDGMENT AND PERMANENT INJUNCTION** |

AMENDMENT TO ORDER OF FINAL JUDGMENT
AND PERMANENT INJUNCTION - 1

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

This matter came before the Court on Plaintiff Aylo Premium Ltd's ("Aylo") Motion to Amend Order (the "Motion"). Having considered the submissions in support of Aylo's Motion and the pleadings on file, the Court grants the Motion. The Court's December 18, 2025 Order (Dkt. 25) and January 12, 2026 Amendment to Order of Final Judgment and Permanent Injunction (Dkt. 30) are amended to include the following:

The Court ORDERS that, to the extent the domains below have not already been transferred to Aylo Premium Ltd, the following registrars shall move the following domain names into an account under the control of Aylo Premium Ltd at their respective registrars:

- NameSilo, LLC: pornxp.cc, pornxp.lol, pornxp.net, pornxp.top, and pornxp.watch.

- Netim SRL: pornxp.si.

- Porkbun, LLC: pornxp.click, pornxp.club, pornxp.download, pornxp.lat, pornxp.one, pornxp.pics, pornxp.quest, pornxp.space, pornxp.tube, pornxp.video, pornxp.website, and pornxp.xyz.

- Spaceship, Inc.: pornxp.buzz, pornxp.cam, pornxp.cfd, pornxp.life, pornxp.live, pornxp.network, pornxp.pro, pornxp.sbs, pornxp.site, and pornxp.stream.

To the extent any domain name listed above is in ClientHold or an equivalent status that prevents the account move or registrant updates, the registrar shall remove the hold to complete the account move and registrant and contact updates.

Upon completion of the domain move and updates, each registrar shall grant Aylo full control for each domain.

Violation of this Order shall subject Alex Abdullaev and all other persons bound by the Order to all applicable penalties, including contempt of Court.

///

AMENDMENT TO ORDER OF FINAL JUDGMENT
AND PERMANENT INJUNCTION - 2

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

The Court shall retain jurisdiction over this action for the purpose of enforcing this final judgment and permanent injunction.

DATED this 24th day of March, 2026.

_____
BENJAMIN H. SETTLE
United States District Judge

AMENDMENT TO ORDER OF FINAL JUDGMENT
AND PERMANENT INJUNCTION - 3

[3:25-cv-05473-BHS]

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845