UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AYLO PREMIUM LTD,

Plaintiff,

v.

ALEX ABDULLAEV AND JOHN
DOES 1–20, et al.,

Defendants.

CASE NO. 25-CV-5473-BHS

ORDER

THIS MATTER is before the Court on plaintiff Aylo Premium Ltd's motion to find defendant Alex Abdullaev in contempt of this Court's Order granting default judgment and imposing a permanent injunction. Dkt. 31.

On December 18, 2025, the Court granted Aylo's motion for default judgment, concluding that Abdullaev willfully infringed on Aylo's copyrighted adult entertainment videos by operating a network of websites under the "PornXP" brand that pirated Aylo's works. Dkt. 25. The Court ordered Abdullaev to pay Aylo $10,200,000 ($5,000 per offending work) in statutory penalties and $21,435 in attorney's fees and costs. *Id.* at 3. The Court also permanently enjoined Abdullaev from infringing on Aylo's works and

ORDER - 1

ordered registrars and registries that hosted the infringing websites to disable and transfer the domains to Aylo. *Id.* at 4. The Court later twice amended the judgment: first, to require certain registrars and registries to transfer the infringing domains to EuroDNS and to instruct EuroDNS to grant Aylo control, and second, to add additional registrars subject to the Order. Dkts. 30 and 35. The Court warned Abdullaev that violations of the Order would subject him to all applicable penalties, including contempt of court. *Id.* The Court retained jurisdiction for the purpose of enforcing the Order. *Id.*

All registrars and registries complied with the Order. Dkt. 31 at 4. Aylo contends, however, that Abdullaev circumvented the Order by establishing a new network of 68 domain names that mirror each other. It asserts that 40 of the copyrighted works identified in its complaint, along with 94 of its other copyrighted works, are now displayed on "mirror sites"—a "website that presents the same content, layout, and functionality as another website as a different domain name." *Id.* Aylo argues that these mirror sites expressly state that they are affiliated with PornXP; use the same layout, art, logo, and naming convention; and "resolve to the same IP address." *Id.* at 6.

Aylo moves for a finding of contempt, arguing that Abdullaev intentionally violated the Court's Order by using mirror sites to "frustrate enforcement," "evade detection," and "continue his mass copyright infringement." *Id.* at 7. It asserts that Abdullaev has failed to appear in this action and repeatedly failed to engage in litigation such as by participating in the discovery process. *Id.* at 12. Aylo requests that the Court order the domain registries for the PornXP mirror sites to change the "of record" for the listed domains to EuroDNS and to instruct EuroDNS to set the registrant to Aylo. *Id.* at

ORDER - 2

14. It further requests that the Court order each registrar for the PornXP mirror sites to transfer the respective domains to Aylo's control or in the alternative to provide full access to that account. *Id.*

Aylo has demonstrated by clear and convincing evidence that Abdullaev has failed to comply with the Court's orders to refrain from infringing on Aylo's copyrighted works. The PornXP mirror sites are identical to the infringing PornXP websites and continue to display Aylo's copyrighted works. *Id.* at 12. Aylo's motion to hold Abdullaev in contempt, Dkt. 31, is therefore **GRANTED**.

As sanctions, the Court **ORDERS** the domain registries for the PornXP mirror sites to transfer the listed domains to EuroDNS and grant Aylo control over the domains as indicated in Aylo's motion.

IT IS SO ORDERED.

Dated this 22nd day of May, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3